IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02016-SBP
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIAM WRIGHT,

    Plaintiff,

v.

DENVER SHERIFF DEPT.,

    Defendant.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

William Wright, an inmate in the custody of the Denver Sheriff's Department, initiated this action on August 7, 2023, by submitting *pro se* to the Court a document titled "Notice of Appeal" stating that he wants to sue the Denver Sheriff's Department (ECF No. 1)[1]. Although Mr. Wright's intentions are unclear, the Court has opened a civil action as part of its review under D.C.COLO.LCivR 8.1(b). The filing is deficient as described herein. Therefore, Mr. Wright is directed to cure the following if he wishes to pursue any claims in this action. Any papers that Mr. Wright files in response to this Order must be labeled with the civil action number identified on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  **X**    is not submitted
(2)  ___     is missing affidavit

---

[1] "(ECF No. 1)" identifies the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). This manner of identifying a document on the electronic docket is used throughout this order.

1

(3) __X__   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____   is missing certificate showing current balance in prison account
(5) ____   is missing required financial information
(6) ____   is missing authorization to calculate and disburse filing fee payments
(7) ____   is missing an original signature by the plaintiff
(8) ____   is not on proper form
(9) ____   names in caption do not match names in caption of complaint, petition or habeas application
(10) __X__   other: <u>motion and supporting documents are necessary only if $402.00 filing fee is not paid in advance</u>

**Complaint, Petition, or Application**:
(11) __X__   is not submitted
(12) ____   is not on proper form
(13) ____   is missing an original signature by the Applicant
(14) ____   is missing page nos.
(15) ____   uses et al. instead of listing all parties in caption
(16) ____   names in caption do not match names in text
(17) ____   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __X__   other: <u>Mr. Wright must use the current Court-approved form Prisoner Complaint</u>

In light of the above-listed deficiencies, it is

ORDERED that Mr. Wright cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Mr. Wright files in response to this Order must be labeled with the civil action number identified on this Order. It is

FURTHER ORDERED that Mr. Wright shall obtain and utilize the current Court-approved Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at [www.cod.uscourts.gov](http://www.cod.uscourts.gov). It is

FURTHER ORDERED that if Mr. Wright fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the action will be dismissed

without further notice. The dismissal shall be without prejudice.

DATED August 10, 2023.

BY THE COURT:

_____
Susan Prose
United States Magistrate Judge